PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

MICHA STAR LIBERTY, Esq. (SBN 215687)
LIBERTY LAW
1970 Broadway Suite 700
Oakland, CA 94612
Telephone: 510/645-1000
Facsimile: 888/645-2008
micha@libertylaw.com

Attorneys for Plaintiffs
ANTONIO QUISTIAN and ARTHUR RENOWITZKY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO QUISTIAN and ARTHUR RENOWITZKY,<br><br>    Plaintiffs,<br>v.<br><br>S.A.W. ENTERTAINMENT LIMITED dba LARRY FLYNT'S HUSTLER CLUB; 250 COLUMBUS AVE., LLC; ROGER FORBES; L.F.P., INC.; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 14-03397 JCS<br>Civil Rights<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 28, 2014          LAW OFFICES OF PAUL L. REIN
                                             LIBERTY LAW

                                                */s/ Paul L. Rein*
                                             By PAUL L. REIN
                                             Attorneys for Plaintiffs
                                             ANTONIO QUISTIAN and
                                             ARTHUR RENOWITZKY

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 14-03397 JCS        -1-        S:\CASES\HUSTLER\PLEADINGS\Case Opening Documents\CERT INT PARTIES.PL.wpd