AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ANTONIO QUISTIAN and ARTHUR RENOWITZKY <br><br> *Plaintiff(s)* <br> v. <br> S.A.W. ENTERTAINMENT LIMITED dba LARRY FLYNT'S HUSTLER CLUB; 250 COLUMBUS AVE., LLC; ROGER FORBES; L.F.P., INC.; and DOES 1-10, Inclusive <br> *Defendant(s)* | Civil Action No. CV-14-3397 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  S.A.W. ENTERTAINMENT LIMITED dba LARRY FLYNT'S HUSTLER CLUB: 818 West Seventh Street, Los Angeles, CA 90017
250 COLUMBUS AVE., LLC: 311 S. Division Street, Carson City, NV 89703
ROGER FORBES: 241 Telegraph Hill Blvd. Apt 402, San Francisco, CA 94133-3116
L.F.P., INC.: 8484 Wilshire Blvd. Suite 900; Beverly Hills, CA 90211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
*Richard W. Wieking*

Date: July 28, 2014

*Signature of Clerk or Deputy Clerk*