```
 1  PAUL L. REIN, Esq. (SBN 43053)
    CELIA MCGUINNESS, Esq. (SBN 159420)
 2  CATHERINE CABALO, Esq. (SBN 248198)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Drive, Suite A
    Oakland, CA 94612
 4  Telephone:  510/832-5001
    Facsimile:   510/832-4787
 5  reinlawoffice@aol.com

 6  MICHA STAR LIBERTY, Esq. (SBN 215687)
    LIBERTY LAW
 7  1970 Broadway Suite 700
    Oakland, CA 94612
 8  Telephone: 510/645-1000
    Facsimile:  888/645-2008
 9  micha@libertylaw.com

10  Attorneys for Plaintiffs
    ANTONIO QUISTIAN and ARTHUR RENOWITZKY
11
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO QUISTIAN and ARTHUR RENOWITZKY, | CASE NO. 14-03397 JCS |
|---|---|
| Plaintiff, | Civil Rights |
| v. | REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL |
| S.A.W. ENTERTAINMENT LIMITED dba LARRY FLYNT'S HUSTLER CLUB; 250 COLUMBUS AVE., LLC; ROGER FORBES; L.F.P., INC.; and DOES 1-10, Inclusive, | |
| Defendant. | |

I, Micha Star Liberty, counsel of record for Antonio Quistian and Arthur Renowitsky, respectfully request approval to withdraw as counsel of record in the current matter. I have informed both plaintiffs of my intent to withdraw from the case in writing, and both plaintiffs have consented to my withdrawal. New counsel

1

1 | will not be necessary in this matter as both plaintiffs are represented by another
2 | attorney/firm who has already entered an appearance as counsel of record in this
3 | case, and who is a member in good standing of the Bar of this Court.

Dated: September 19, 2014                     LIBERTY LAW

                                              By: MICHA STAR LIBERTY

Dated: 9/23/14

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2